UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO: 4:20-CR-00583 |
| § | |
| KHALID ABBAS § | |

## MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE ANDREW S. HANEN**

**COMES NOW, KHALID ABBAS,** Defendant herein, and moves the Court to allow Paul Schiffer to substitute as counsel for Gerardo Montalvo. Paul Schiffer has communicated with Gerardo Montalvo and there is no objection on his part.

_____
KHALID ABBAS

Respectfully submitted,
/S/Paul Schiffer
PAUL SCHIFFER
Attorney at Law
5300 Memorial Dr., Suite 750
Houston, Texas 77007
(713) 521-0059
Fax (713) 800-0221
TBA # 17745900
paul@paulschifferlaw.com
paul@schifferlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via the court's electronic system to the following:

Assistant United States Attorney Mr. Rodolfo Ramirez

/s/ Paul Schiffer
Paul Schiffer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO: 4:20-CR-00583 |
| KHALID ABBAS | § § | |

## ORDER

On the ___ day of March, 2022, came before the Court Defendant **KHALID ABBAS's** Motion to Substitute Counsel, and the Court is of the opinion that same should be **GRANTED**. Paul Schiffer is substituted as counsel and Gerardo Montalvo is relieved of any further obligation as counsel for the Defendant.

**SIGNED** this ___ day of _____, 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE